**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1439**

In Re: JUAN GUTIERREZ,

         Petitioner.

On Petition for Writ of Mandamus.
(1:15-cv-00121-IMK-MJA)

Submitted: September 1, 2016     Decided: September 16, 2016

Before MOTZ, SHEDD, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Juan Gutierrez, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Gutierrez petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed the § 2241 petition on May 20, 2016. Accordingly, because the district court has recently decided Gutierrez's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2